## GUANGDONG DONGYUAN KITCH-ENWARE INDUSTRIAL CO., LTD., Plaintiff-Appellant

v.

## ELKAY MANUFACTURING COMPANY, Plaintiff-Appellee

v.

## United States, Defendant-Appellee

2016-2637

United States Court of Appeals, Federal Circuit.

November 13, 2017

ALEXANDRA H. SALZMAN, DeKieffer & Horgan, PLLC, Washington, DC, argued for plaintiff-appellant. Also represented by GREGORY S. MENEGAZ, JAMES KEVIN HORGAN.

JEFFREY MARK TELEP, King & Spalding LLP, Washington, DC, argued for plaintiff-appellee.

RICHARD PAUL SCHROEDER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by CHAD A. READLER, JEANNE E. DAVIDSON, PATRICIA M. McCARTHY; JAMES HENRY AHRENS, II, Office of the Chief Counsel for Trade Enforcement & Compliance, United States Department of Commerce, Washington, DC.

(Dyk, Schall, and Taranto, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**